

# United States District Court
# Eastern District of California

| | |
|---|---|
| John Muir Project of Earth Island etc. et al. | Case Number: 2:24-cv-00909-TLN-JDP |
| Plaintiff(s) | |
| V. | |
| United States Forest Service et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sarah Melton hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: American Forest Resource Council

On 12/29/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court for the State of Oregon (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/13/2024          Signature of Applicant: /s/ Sarah Melton

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sarah Melton |
| Law Firm Name: | American Forest Resource Council |
| Address: | 700 NE Multnomah, Ste 320 |
| City: | Portland    State: OR    Zip: 97232 |
| Phone Number w/Area Code: | (503) 222-9505 |
| City and State of Residence: | Portland, Oregon |
| Primary E-mail Address: | smelton@amforest.org |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Elisabeth L. Esposito |
| Law Firm Name: | Brownstein Hyatt Farber Schreck, LLP |
| Address: | 1415 L Street, Suite 800 |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 594-9700    Bar # 300983 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 22, 2024

_____
JUDGE, U.S. DISTRICT COURT