1  ADAM R.F. GUSTAFSON
   Acting Assistant Attorney General
2  United States Department of Justice
   Environment & Natural Resources Division
3
   READE E. WILSON (ME Bar No. 4992)
4  Trial Attorney
   Natural Resources Section
5  150 M Street NE
   Washington, DC 20002
6  (202) 305-0299
   reade.wilson@usdoj.gov
7
   TYLER M. ALEXANDER (CA Bar No. 313188)
8  Trial Attorney
   Natural Resources Section
9  PO Box 7611
   Washington, DC 20044-7611
10 Tel: (202) 305-0238
   Fax: (202) 305-0506
11 tyler.alexander@usdoj.gov

12 *Attorneys for Federal Defendants*

13                 **UNITED STATES DISTRICT COURT**
                   **EASTERN DISTRICT OF CALIFORNIA**
14

15 JOHN MUIR PROJECT of EARTH ISLAND        Case No. 2:24-cv-00909-TLN-SCR
   INSTITUTE; PLUMAS FOREST PROJECT;
16 and FEATHER RIVER ACTION!,               **ORDER FOR SUBSTITUTION OF**
                                            **COUNSEL**
17              Plaintiffs,

18                   v.

19 UNITED STATES FOREST SERVICE; and
   CHRISTOPHER CARLTON, in his official
20 capacity as Forest Supervisor, Plumas National
   Forest,
21

22              Defendants.

23

1    In accordance with Local Rule 182(g), Federal Defendants United States Forest Service

2    and Christopher Carlton, in his official capacity as Forest Supervisor on the Plumas National

3    Forest, hereby substitute Reade Wilson, Trial Attorney with the United States Department of

4    Justice, as counsel of record in this matter.  Ms. Wilson replaces Mr. Alexander, who is resigning

5    as a Trial Attorney with the Department of Justice effective April 4, 2025.

6    Ms. Wilson may be reached by telephone at (202) 305-0299 and by email at

7    reade.wilson@usdoj.gov.  Ms. Wilson is registered with the Court's CM/ECF system for

8    electronic filings using the email address set forth above.  Ms. Wilson is a member of the bar of

9    the State of Maine, and her bar identification number is 4992.

10   Service of all other papers, when by U.S. Mail, should be addressed as follows:

11           Reade E. Wilson
             U.S. Department of Justice
12           Environment & Natural Resources Division
             Natural Resources Section
13           P.O. Box 7611
             Ben Franklin Station
14           Washington, DC 20044-7611

15   Express deliveries (courier, etc.) should be addressed to:

16           Reade E. Wilson
             U.S. Department of Justice
17           Environment & Natural Resources Division
             Natural Resources Section
18           150 M Street NE
             Washington, DC 20002

19

20   Submitted this 4th day of April, 2025,

21

22           ADAM R.F. GUSTAFSON
             Acting Assistant Attorney General
             United States Department of Justice
23           Environment & Natural Resources Division

DEFENDANT'S SUBSTITUTION OF COUNSEL
CASE NO. 2:24-cv-00909-TLN-SCR                                                    2

1

2 /s/ Reade E. Wilson
READE E. WILSON
Trial Attorney
3 Natural Resources Section

4 /s/ Tyler M. Alexander
TYLER M. ALEXANDER
Trial Attorney
5 Natural Resources Section

6

7 Attorneys for Federal Defendants

8 **IT IS SO ORDERED.**

9

Dated: April 4, 2025

10 _____
Troy L. Nunley
Chief United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23