ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

READE E. WILSON (ME Bar No. 4992)
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 598-3546
reade.wilson@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR PROJECT of EARTH ISLAND INSTITUTE; PLUMAS FOREST PROJECT; and FEATHER RIVER ACTION!, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; and LAURA SCHWEITZER, in her official capacity as Acting Forest Supervisor, Plumas National Forest, <br><br> Federal Defendants, <br><br> and <br><br> AMERICAN FOREST RESOURCE COUNCIL, <br><br> Defendant-Intervenor. | Case No. 2:24-cv-00909-TLN-JDP <br><br> **FEDERAL DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (Dkt. No. 30)** <br><br> Hearing date: March 19, 2026 <br> Time: 2:00 p.m. <br> Courtroom: 2, 15th Floor <br> Judge: Hon. Judge Troy L. Nunley |

1

Pursuant to Local Rule 230(c), Federal Defendants United States Forest Service and Laura Schweitzer,[1] in her official capacity as Forest Supervisor for the Plumas National Forest, file this statement of non-opposition in response to Plaintiffs' Motion for Leave to File First Amended Complaint, Dkt. No. 30.

Submitted this 23rd day of February, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Reade E. Wilson*
READE E. WILSON
Trial Attorney
Natural Resources Section

*Attorney for Federal Defendants*

---

[1] Consistent with Federal Rule of Civil Procedure 25(d), the current official is automatically substituted for her predecessor.