Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
Amanda D. Zerbe (CA Bar No. 352565)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone:  (650) 725.8571
Facsimile:   (650) 723.4426

*Attorneys for JOHN MUIR PROJECT,*
*PLUMAS FOREST PROJECT, and*
*FEATHER RIVER ACTION*!

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (Sacramento Division)

| | |
|---|---|
| JOHN MUIR PROJECT of EARTH ISLAND INSTITUTE; PLUMAS FOREST PROJECT; and FEATHER RIVER ACTION!,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE,<br><br>            Defendant,<br><br>      and<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>            Defendant-Intervenor. | Case No. 2:24-CV-00909-TLN-JDP<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF; ORDER** |

### JOINT MOTION FOR ADMINISTRATIVE RELIEF

Pursuant to Local Rule 144 and Local Rule 233, Plaintiffs John Muir Project of Earth Island Institute, Plumas Forest Project, and Feather River Action!, Defendant United States Forest Service, and Defendant-Intervenor American Forest Resource Council hereby jointly move the Court to modify the briefing schedule and page limits for the parties' cross-motions for summary judgment as set forth below.

The current briefing schedule for this case is governed by Local Rule 261, which applies in actions for review on an administrative record in non-social security cases.  The parties have conferred and agree that due to the complexity of the case—which has a lengthy administrative record that includes many scientific studies and involves multiple claims under two separate federal statutes—a lengthier briefing schedule and additional pages would assist counsel for all parties to effectively present the relevant issues to the Court.

Accordingly, the parties respectfully request that the Court modify the briefing schedule set out in Local Rule 261 and the page limits set out in the Civil Standing Order for Judge Troy L. Nunley as follows:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment: | May 29, 2026 (40 pages) |
| Federal Defendant's Opposition and Cross-Motion for Summary Judgment: | July 13, 2026 (40 pages) |
| Defendant-Intervenor's Opposition and Cross-Motion for Summary Judgment: | July 20, 2026 (40 pages) |
| Plaintiffs' Combined Opposition to Motions for Summary Judgment and Reply: | August 19, 2026 (30 pages) |
| Federal Defendant's Reply: | September 21, 2026 (20 pages) |
| Defendant-Intervenor's Reply: | September 21, 2026 (20 pages) |

Oral Argument – Plaintiffs' Position

In addition, Plaintiffs respectfully ask the Court to set this case for hearing.  A hearing is

appropriate in this case for two primary reasons. First, this case presents complex issues of law and fact, and the Parties anticipate that the Court may have clarifying questions for counsel. Second, Plaintiffs are represented by the Stanford Environmental Law Clinic, which operates as a legal clinic at Stanford Law School. Due to its teaching mission, the Clinic seeks out opportunities for Certified Student Attorneys to present oral argument in its cases whenever appropriate and feasible. Plaintiffs therefore respectfully request that the Court set the cross-motions for summary judgment for a hearing on October 22, 2026 or as soon as practicable once briefing concludes.

Oral Argument - Federal Defendants' & Defendant-Intervenor's Position

Federal Defendants and Defendant-Intervenor take no position regarding oral argument and defer to the Court's determination of whether oral argument would assist the Court in this case. Should the Court decide that oral argument is warranted, counsel will attend and present argument on behalf of Federal Defendants and Defendant-Intervenor.

Respectfully submitted,

Dated: April 30, 2026

/s/ Amanda Zerbe
Amanda Zerbe

Attorney for Plaintiffs
John Muir Project et al.

Dated: April 30, 2026

/s/ Reade E. Wilson (as authorized on April 29, 2026)
Reade E. Wilson

Attorney for Federal Defendant
United States Forest Service

Dated: April 30, 2026

/s/ Sara Ghafouri (as authorized on April 29, 2026)
Sara Ghafouri (pro hac vice)

Attorney for Defendant-Intervenor
American Forest Resource Council

## ATTESTATION OF CONCURRENCE

Pursuant to E.D. Cal. Local Rule 131(e), I hereby attest that all counsel whose signature is listed, and on whose behalf this e-filed document is submitted, concur in the filing's content and have authorized the filing.

/s/ Amanda Zerbe

Case No. 2:24-CV-00909-TLN-JDP

JOINT MOTION FOR ADMINISTRATIVE RELIEF; ORDER

**ORDER**

The Parties' Joint Scheduling Motion regarding cross-motions for summary judgment is hereby GRANTED.  The following briefing schedule is hereby ADOPTED:

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment: | May 29, 2026 (40 pages) |
| Federal Defendant's Opposition and Cross-Motion for Summary Judgment: | July 13, 2026 (40 pages) |
| Defendant-Intervenor's Opposition and Cross-Motion for Summary Judgment: | July 20, 2026 (40 pages) |
| Plaintiffs' Combined Opposition to Motions for Summary Judgment and Reply: | August 19, 2026 (30 pages) |
| Federal Defendant's Reply: | September 21, 2026 (20 pages) |
| Defendant-Intervenor's Reply: | September 21, 2026 (20 pages) |

[SHOULD THE COURT GRANT PLAINTIFFS' REQUEST FOR HEARING:] A hearing shall occur on October 22, 2026, or as soon as practicable thereafter.

IT IS SO ORDERED.

Dated: May 1, 2026

_____
Troy L. Nunley
Chief United States District Judge