

# United States District Court
# Eastern District of California

John Muir Project of Earth Island Institute et al

Plaintiff(s)

V.

U.S. Forest Service et al.

Defendant(s)

Case Number: 2:24-cv-00909-TLN-JDP

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Greg Hibbard hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

American Forest Resource Council

On 01/30/2023 (date), I was admitted to practice and presently in good standing in the Washington State Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 05/01/2026        Signature of Applicant: /s/ Greg Hibbard

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name:     Greg Hibbard

Law Firm Name:     American Forest Resource Council

Address:     924 Capitol Way South, Suite 102

City:     Olympia          State:     WA     Zip:     98501

Phone Number w/Area Code:     (360) 352-3910

City and State of Residence:     Issaquah, Washington

Primary E-mail Address:     ghibbard@amforest.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:     Elisabeth L. Esposito

Law Firm Name:     Brownstein Hyatt Farber Schreck, LLP

Address:     1415 L. Street, Suite 800

City:     Sacramento          State:     CA     Zip:     95814

Phone Number w/Area Code:     (916) 594-9700          Bar #     300983

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:     May 1, 2026

_____
JUDGE, U.S. DISTRICT COURT